# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:07CR165 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ADAM BECK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Adam Beck (Beck) to reconsider the order of detention (Filing No. 57). The motion is not supported by any basis for reconsideration. The motion to reconsider the order of detention (Filing No. 57) is denied.

**IT IS SO ORDERED.**

DATED this 28th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge